[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10774

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 20, 2012
JOHN LEY
CLERK

D.C. Docket No. 5:10-cv-02698-CLS


JEROME SIROTE,

                                                          Plaintiff-Appellant,

versus

BBVA COMPASS BANK, et al.,

                                                          Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(March 20, 2012)

Before BARKETT and HULL, Circuit Judges, and HUNT,* District Judge.

PER CURIAM:

_____

*Honorable Willis B. Hunt, Jr., United States District Judge for the Northern District of Georgia, sitting by designation.

After review of the record and with the benefit of oral argument, we discern no reversible error in the district court's December 30, 2010 order dismissing the plaintiff's federal claims with prejudice and dismissing the plaintiff's state law claims without prejudice. See 28 U.S.C. § 1367(c). We likewise discern no reversible error in the district court's February 1, 2011 order denying the plaintiff's motion to alter or amend the December 30, 2010 dismissal order. Accordingly, we affirm the district court's orders dated December 30, 2010, and February 1, 2011.

**AFFIRMED.**